UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEENAN WHITE,**

Plaintiff,

v. **No. 4:25-cv-00498-P**

**INTOWN SUITES RUFE SNOW, LP,**

Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On September 23, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 43. The Magistrate Judge recommended denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment. Plaintiff filed an objection to the FCR on September 24, 2026. ECF No. 44. Defendant filed a response to Plaintiff's objections on October 7, 2026. ECF No. 45.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCR of the United States Magistrate Judge (ECF No. 43);
3. Plaintiff's written objections to the FCR (ECF No. 44);
4. Defendant's response to Plaintiff's objections (ECF No. 45); and
5. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. Plaintiff's Motion for Summary Judgment (ECF No.32) is **DENIED**. Defendant's Motion for Summary Judgment (ECF No. 41) is **GRANTED**. The Court thus **DISMISSES** the above-captioned case **with prejudice.**

**SO ORDERED** on this **8th day of October 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE